No. 116, Misc. SMALL *v.* COHEN, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 1st Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 136, Misc. SHALE, DBA J & C Co., INC., DBA SOUTHERN HOME PROPERTIES, INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *John Paul Howard* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Paul C. Summitt* for the United States.

No. 207, Misc. WILLIAMS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Robert P. Jaye* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Paul C. Summitt* for the United States.

No. 248, Misc. FRAZIER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Jerome M. Feit* for the United States.

No. 262, Misc. REED *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 304, Misc. GALLAGHER *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Richard A. Baenen* and *Jerry C. Straus* for petitioner. *Solicitor General Griswold* for the United States.